90 P.3d 276

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Schiller v. Schiller | 25258 | 05/04/2004 | Affirmed, vacated & remanded |
| Doe Children, In re | 25263, 25267 | 05/18/2004 | Affirmed |
| State v. Sagapolu | 25555 | 05/25/2004 | Vacated & remanded |